Christopher Brannan
92716-083
FPC Cumberland
PO Box 1000
Cumberland, MD 21501

March 2, 2020

Honorable Judge Hudson
Eastern District of Virginia
701 E Broad Street
Richmond, VA 23219

Dear Judge Hudson,

My name is Christopher Brannan (case number: 3:18CR00118-001), sentenced to 34 months on 3/1/2019. I am currently at the prison camp in Cumberland, Maryland with an RRC placement date of 5/27/20 to the RRC in Norfolk.

I am writing today to ask you to make a recommendation to the Bureau of Prisons and the Norfolk RRC that I be allowed to move to direct home confinement upon my release from Cumberland and completion of any necessary orientation in the RRC.

During the course of my incarceration I have remained steadfast in my pledge to use this time to improve myself, maintain relationships with family and friends, and strive to help others if I can. Over the last 11 months, I have done the following:

- Completed the 500-hour Residential Drug Abuse Program.
- Worked as a tutor in the GED program.
- Taken classes in money management, investing, and solar energy sales and installation.
- Deepened my personal yoga practice and led classes for others.
- Participated in AA meetings and religious services.
- Joined a program to learn how to quilt which has served as a very positive creative outlet while allowing me to make 12 quilts that have been donated to a local foster home.

I have had no incident reports during my incarceration and have maintained a strong support system of family and friends at home.

This time has not always been easy for my family, especially my aging parents. My mom suffered a heart attack in October, and she, my father, and step-father have all been

RECEIVED
MAR - 6 2020
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

diagnosed with Diabetes. As you can imagine, I am eager to get home so that I can care for my parents and be present for my younger sisters. Time is precious, and I deeply desire to spend mine with my incredible family.

In preparation for release, I have been in communication with friends in the Richmond area to help me find employment. I have two potential opportunities and await a response from a Richmond organization that aids in the transition back home. Additionally, I have plans to live with my mother and step-father whose home has been approved by U.S. Probation.

Because of my close support network in the Richmond area, employment prospects, the needs of my family, my own preparation, and the often traffic-jammed distance to Norfolk, I humbly ask you to make a recommendation that I be allowed to enter direct home confinement upon my release on 5/27/2020. I thank you very much for your time and consideration in this matter.

Sincerely,

Christopher R. Brannan

Christopher R. Brannan

◇92716-083◇
Christophe Brannan
PO BOX *1000
FPC Cumberland
Cumberland, MD 21501
United States

U.S. MARSHALS
INSPECTED

◇92716-083◇
Clerk Of Court
Eastern District of VA
701 E Broad ST
Richmond, VA 23219
United States

BALTIMORE MD 212
04 MAR 2020 PM 7 L

23219-187250

