IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:18-cr-00118-HEH |
| ) | |
| CHRISTOPHER BRANNAN, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

## GOVERNMENT'S POSITION WITH REGARD TO DEFENDANT'S LETTER MOTION FOR DIRECT HOME CONFINEMENT UPON RELEASE FROM BOP

COME NOW the United States of America, by its attorneys, G. Zachary Terwilliger, United States Attorney for the Eastern District of Virginia, and Brian R. Hood, Assistant United States Attorney, responding to the Defendant's Letter Motion requesting that the Court recommend to the Bureau of Prisons (BOP) that the defendant be allowed to move to direct home confinement rather than a residential reentry center (RRC) upon his release. (ECF No. 23).

The United States received information today from the defendant's BOP case manager, Jason Courtney, that the defendant is now qualified for the Covid-19 Home Confinement placement, and further that a request has been made through the Baltimore Residential Reentry Office for the defendant to be placed on home confinement on May 13, 2020.

In summary, while the government does not oppose the defendant's letter motion request, it now appears to be moot.

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: <u>/s/ Brian R. Hood</u>
Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, VA 23219
Telephone: (804) 819-5400
Email: brian.hood@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **April 23, 2020**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to all counsel of record.

Given the operational restrictions stemming from the current Covid-19 pandemic, including reduced in-house staffing in government offices, a hard copy of the foregoing will be sent by first class mail as soon as reasonably practical to the following:

    Christopher Brannan
    Registration No. 92716-083
    FPC Cumberland
    P.O. Box 1000
    Cumberland, MD 21501

    Respectfully submitted,

    G. ZACHARY TERWILLIGER
    UNITED STATES ATTORNEY

By:   /s/ Brian R. Hood
    Assistant United States Attorney
    United States Attorney's Office
    919 East Main Street, Suite 1900
    Richmond, VA 23219
    Telephone: (804) 819-5400
    Email: brian.hood@usdoj.gov