IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 3:18CR118–HEH |
| | ) | |
| CHRISTOPHER BRANNAN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER
**(Denying as Moot Defendant's Motion for Direct Home Confinement)**

THIS MATTER is before the Court on Defendant's *pro se* Motion for Direct Home Confinement filed on April 6, 2020 (ECF No. 23). The Assistant United States Attorney filed a response stating that he had communicated with Defendant's case manager, at the Bureau of Prisons, who indicated that they were in the process of granting the request.

The Court has confirmed with the Bureau of Prisons that Defendant was released to home confinement on June 5, 2020. Therefore, Defendant's Motion is DENIED AS MOOT.

The Clerk is directed to send a copy of this Order to all counsel of record and to the Defendant, who is *pro se*.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: June 26, 2020
Richmond, VA